## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ERIC SPILLMAN,

                                                        Case No.: 6:20-cv-02132-WWB-EJK

      Plaintiff,

v.

BELLSOUTH TELECOMMUNICATION, LLC,
d/b/a AT&T,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff and Defendant, American Express Company, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed via CM/ECF, which will notify Defendant's counsel on this 11th day of January, 2021.

                                                  **SWIFT, ISRINGHAUS & DUBBELD P.A.**

                                                  /s/ *Jon P. Dubbeld*
                                                  **Aaron M. Swift, Esq., FBN 0093088**
                                                  **Jordan T. Isringhaus, Esq., FBN 0091487**
                                                  **Jon P. Dubbeld, Esq., FBN 105869**
                                                  **Sean E. McEleney, Esq., FBN 125561**
                                                  10460 Roosevelt Blvd. North
                                                  Suite 313
                                                  St. Petersburg, FL 33703
                                                  Phone: (727) 755-3676
                                                  Fax: (727) 255-5332
                                                  aswift@swift-law.com

jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
*Counsel for Plaintiff*